IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES PRACTICES AND | ) | MDL No. 2100 |
| PRODUCTS LIABILITY LITIGATION | ) | |

_____

**This Document Relates to:**

Eva Fajardo Mandujano, et al v. Bayer Corp., et al. No. 3:10-cv-11752-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal filed on August 25, 2011, the above case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY: /s/*Sandy Pannier*
Deputy Clerk

Dated:

David R. Herndon
2011.08.27
11:26:58 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT